988

No. 80–1651. LEONARD ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–1654. HUMPHRIES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–1682. BROWNING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–1718. SARMIENTO ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–1732. GUST v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–1756. VLCEK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–5795. ISAACS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 80–5982. COLEMAN v. SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 80–6096. WALLACE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 80–6109. BROWN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 80–6125. WHITE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6136. SEMENAK v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 80–6188. FITZHARRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.